FILED
CLERK, U.S. DISTRICT COURT
June 21, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phyllis Scovell<br><br>Plaintiff,<br><br>v.<br><br>DRIVERS MANAGEMENT, LLC, a wholly-owned subsidiary of WERNER ENTERPRISES, INC., a Nebraska Corporation<br><br>Defendants. | Case No. 2:19-cv-09597-SB-MAA<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

The parties' joint stipulation of dismissal is granted. (Dkt. No. 78.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: June 21, 2021

**Stanley Blumenfeld, Jr.**
**United States District Judge**